**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| MARIANNE ALLENSPACH-BOLLER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 5:19-CV-06073-DGK |
| | ) | |
| UNITED COMMUNITY BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT IN A CIVIL ACTION**

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (Doc. 152) is GRANTED. The Court's Order (Doc. 198) entered on March 16, 2022 sets out the calculated damages.

| | |
|---|---|
| October 27, 2021 | Paige Wymore-Wynn |
| Dated | Clerk of Court |
| March 16, 2022 | /s/ Tracy Strodtman |
| Entered | (by) Deputy Clerk |